IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01916-BNB

MICHAEL G. HYMES, (Reg. # 19026-047),

Plaintiff,

v.

CORRECTIONS OFFICER PHILLIPS,
WARDEN SARA REVELL,
FEDERAL BUREAU OF PRISONS (FBOP), and
LIEUTENANT MICHAEL D. HENDERSON,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2008

GREGORY C. LANGHAM
                    CLERK

ORDER OF DISMISSAL

Plaintiff Michael G. Hymes is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado. On August 27, 2008, Mr. Hymes submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland entered an order on September 8, 2008, finding that the submitted documents were deficient in part and directing Mr. Hymes to submit to the Court a prisoner trust fund account statement that has been certified by a prison official.

Mr. Hymes now has failed to communicate with the Court, and as a result he has failed to cure the deficiency noted in the September 8, 2008, Order within the time allowed. The Court has reviewed the file, concurs with Magistrate Judge Boland's

findings, and finds that the action should be dismissed for failure to cure the deficiency. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiency within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 20 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01916-BNB

Michael G. Hymes
Reg. No. 19026-047
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/21/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk